IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Harry A. Laufman, | ) | No. CV-99-1291-PHX-EHC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Nancy Elliston, et al., | ) | |
| Defendants. | ) | |

Before the Court is Plaintiff's *Petition and Declaration in Support for a Request that the Court Order the United States Marshal Find and Have Defendant Nancy E. Elliston, Judgment Debtor Appear Before the Court to Answer Questions Concerning her Property* ("Petition") (Dkt. 200). A Report and Recommendation (Dkt. 218) was signed by Magistrate Judge Aspey in which he recommends the Petition be denied because it is not within the power of the Court to grant Plaintiff's request.

Accordingly,

**IT IS ORDERED** that Plaintiff's Petition (Dkt. 200) is **denied.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (Dkt. 218) is adopted in its entirety.

DATED this 7th day of March, 2008.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge